Jim Morrison
State Bar No. 14519050
Lee Law Firm, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
817.580.1123 Fax
ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| ADRIAN MODESTO TORRES | § § | CASE NO. 23-41966-MXM-7 |
| Debtor(s) | § § | |

**DECLARATION REGARDING RULE 1019**

In compliance with Bankruptcy Rule 1019 and Local Bankruptcy Rule 1019, the Debtor(s), Adrian Modesto Torres , hereby swears that the following is an accurate list of property abandoned; property against which the automatic stay of lien enforcement has previously terminated; and a schedule of assets and unpaid post-petition obligations or expenses.

1. **LIST OF REAL AND PERSONAL PROPERTY AS OF THE PETITION DATE:**

*All such property has been listed on Schedules AB filed contemporaneously with this declaration.*

2. **LIST OF PROPERTY ACQUIRED AFTER THE PETITION DATE BUT PRIOR TO THE CONVERSION DATE:**

*None.*

3. **PROPERTY ABANDONED AFTER THE PETITION DATE BUT PRIOR TO CONVERSION DATE:**

*None.*

4. **THE AUTOMATIC STAY HAS LIFTED ON THE FOLLOWING PROPERTY AFTER THE PETITION DATE BUT PRIOR TO THE CONVERSION DATE:**

*None.*

5.  **LIST OF UNPAID DEBTS AND EXECUTORY CONTRACTS INCURRED AFTER THE PETITION DATE BUT PRIOR TO THE CONVERSION DATE**:

*All such property has been listed on Schedules D, E, F, and G filed contemporaneously with this declaration.*

I/We have read the above statements and declare under penalty of perjury that they are true and correct to the best of my/our knowledge and belief.

Dated: August 8, 2023

/s/ Adrian Modesto Torres
Adrian Modesto Torres

/s/

Respectfully Submitted

/s/ *Jim Morrison*
Jim Morrison
State Bar No. 14519050
Lee Law Firm, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
817.580.1123 Fax