



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 8, 2023**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| Adrian Modesto Torres, | § | Case No. 23-41966-MXM-7 |
| | § | |
| Debtor. | § | |

### Agreed Order Extending Discharge and Abuse Deadline from November 13, 2023, to January 12, 2024

This cause came before the Court on the United States Trustee's Agreed Motion to Extend Discharge and Abuse Deadline. The United States Trustee has been in contact with Jim Morrison, attorney for Debtor, and he has agreed to this extension of the deadline. It appears cause exists to extend the deadline for the United States Trustee. Accordingly, it is therefore

ORDERED that entry of a discharge in this case will be delayed until after the adjudication of any motion to dismiss under 11 U.S.C. § 707(b)(3) or any complaint filed under 11 U.S.C. § 727 as may be filed by the United States Trustee. It is further

ORDERED that the time for filing a motion to dismiss under 11 U.S.C. § 707(b)(3) or complaint objecting to discharge under 11 U.S.C. § 727 for the United States Trustee in this case be EXTENDED until **Friday, January 12, 2024**. It is further

ORDERED that if no motion under 11 U.S.C. § 707(b)(3) or complaint under 11 U.S.C. § 727 is timely filed, then entry of a discharge in this case be delayed until after the **Friday, January 12, 2024,** deadline has expired.

##END OF ORDER##

Agreed to by:


*/s/ Jim Morrison (w/permission)*
Jim Morrison
Attorney for Debtor


*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
Attorney for the United States Trustee


Order Prepared by:
Elizabeth Ziegler Young
United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov