IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: §
§
**Adrian Modesto Torres,** §
§   Case No. 23-41966-7
§
**Debtor.** §

## AFFIDAVIT WAIVING DISCHARGE

State of Texas
County of Tarrant

The undersigned, being of lawful age and being first duly sworn, deposes and states as follows:

1. I am over the age or eighteen, mentally and physically sound;

2. I am not in the military;

3. Before entering this waiver of discharge, I conferred with my bankruptcy attorney;

4. My attorney contends that I have a viable defense and advised me to take the case to trial; however, for personal reasons I have elected to waive my discharge;

5. I fully understand the legal consequence of waiving a discharge;

6. On July 6, 2023, I filed a voluntary bankruptcy petition;

7. I am waiving my discharge voluntarily;

8. I intend to waive my discharge as to all debts existing as of the date of my bankruptcy filing, and I specifically understand that this waiver includes the following:

    A. Debts listed on my Schedule of Secured Creditors, Schedule D, or added through any amendment to my Schedule of Secured Creditors, Schedule D;

    B. Debts listed on my Schedule of Creditors Holding Unsecured Priority Claims, Schedule E, or added through any amendment to my Schedule of Creditors Holding Unsecured Priority Claims, Schedule E;

    C. Debts listed or engrafted through an exhibit to my Schedule of Creditors Holding Unsecured, Non-Priority Claims, Schedule F, or added through any amendment to my Schedule of Creditors Holding Unsecured, Non-Priority Claims, Schedule F;

    D. Debts held by any creditor who is listed on the matrix or any amended matrix;

9. This waiver allows the collection of debts but does not establish an admission of liability or amount; and

FURTHER AFFIANT SAYETH NOT.

_____
Adrian Modesto Torres, Debtor

Sworn and subscribed to before me, the undersigned authority, on this the __3__ day of __July__, __2024__, to certify which witness my hand and seal.

KATHERINE FLINT
Notary Public, State of Texas
Comm. Expires 04-06-2025
Notary ID 133016163

_____
(Notary's Signature and Typed or Printed Name)
Katherine Flint

Seal

Notary Public in and for the State of Texas