## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Adrian Modesto Torres,** | § | |
| | § | **Case No. 23-41966-7** |
| | § | |
| **Debtor.** | § | |

### FINAL ORDER APPROVING WAIVER OF DISCHARGE

On July 5, 2024, Debtor, Adrian Modesto Torres, filed a Motion to Approve Waiver of Discharge, which was accompanied by waiver of discharge. In accordance with 11 U.S.C. § 727(a)(10), the Court ORDERS as follows:

1. The Motion to Approve Waiver of Discharge IS GRANTED;

2. The Waiver of Discharge IS APPROVED; and

3. The clerk is directed to provide notice to creditors in accordance with Federal Rule of Bankruptcy Procedure 6004.

SO ORDERED AND ADJUDGED.

### END OF ORDER ###