```
Label Matrix for local noticing        Ally Bank, c/o AIS Portfolio Services, LLC    BMW Bank of North America
0539-4                                  4515 N Santa Fe Ave. Dept. APS               4515 N Santa Fe Ave. Dept. APS
Case 23-41966-mxm7                      Oklahoma City, OK 73118-7901                 Oklahoma City, OK 73118-7901
Northern District of Texas
Ft. Worth
Fri Jul  5 13:52:31 CDT 2024

BMW Bank of North America, c/o AIS Portfolio    501 W. Tenth Street                  AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS                  Fort Worth, TX 76102-3637            Attn: Ally Bank Department
Oklahoma City, OK 73118-7901                                                         4515 N. Santa Fe Ave Dept. APS
                                                                                     Oklahoma City, OK 73118-7901


AMA Recovery Group                      Adrian Modesto Torres                        Ally Bank
3131 Eastside St #350                   401 Hemphill Apt 502                         AIS Portfolio Services, LLC
Houston, TX 77098-1947                  Fort Worth, TX 76104-2279                    4515 N Santa Fe Ave. Dept. APS
                                                                                     Oklahoma City, OK 73118-7901


Ally Financial                          Antonio Chavez                               Apple Card/GS Bank USA
P.O. Box 9001951                        12801 N Central Expressway St 260            Lockbox 6112 P.O. Box 7247
Louisville, KY 40290-1951               Dallas, TX 75243                             Philadelphia, PA 19170-0001


Attorney General                        Attorney General of Texas                    BMW Bank of North America
PO Box 12017                            Bankruptcy Section                           AIS Portfolio Services, LLC
Austin, TX 78711-2017                   400 South Zang, Ste 1100                     4515 N Santa Fe Ave. Dept. APS
                                        Dallas, TX 75208-6646                        Oklahoma City, OK 73118-7901


BMW Financial Services                  CESC                                         CIT First Citizens Bank
Attn: Customer Accounting               14925 Kinsport Rd                            P.O. Box 856502
1400 City View Drive                    Fort Worth, TX 76155-2243                    Minneapolis, MN 55485-6502
Columbus, OH 43215-1477


Christan Torres                         Citi                                         Citi Card Bank
524 Stone Crossing Lane                 PO Box 6243                                  PO Box 6241
Fort Worth, TX 76140-7502               Sioux Falls, SD 57117-6243                   Sioux Falls, SD 57117-6241


Citibank, N.A.                          Citicards CBNA                               Daimler Truck Financial Services USA LLC
5800 S Corporate Pl                     P.O. Box 6241                                c/o Randall P. Mroczynski
Sioux Falls, SD  57108-5027             Sioux Falls, SD 57117-6241                   Cooksey, Toolen, Gage, Duffy & Woog
                                                                                     535 Anton Boulevard, Suite 1000
                                                                                     Costa Mesa, CA 92626-7664


Discover Bank                           Empire Recovery                              Exxon Mobile
Discover Products Inc                   10 W. 37th St SE RM 602                      P.O. Box 6293
PO Box 3025                             New York, NY 10018-7473                      Carol Stream, IL 60197-6293
New Albany, OH  43054-3025


Florida Power & Light                   Ford Motor Credit                            Ford Motor Credit Company LLC
4200 W Flagler St RRD/LFO-BKY           PO Box 650575                                c/o Wilcox Law, PLLC
Miami, FL 33134-1606                    Dallas, TX 75265-0575                        P.O. Box 201849
                                                                                     Arlington, TX 76006-1849
```

```
Friedman Suder and Cooke            Helzberg                              IQ DATA INTERNATIONAL
604 E 4th Street Ste 200            P.O. Box 182789                       PO BOX 340
Fort Worth, TX 76102-4074           Columbus, OH 43218-2789               BOTHELL
                                                                          WA
                                                                          BOTHELL, WA 98041-0340


Internal Revenue Service            (p)INTERNAL REVENUE SERVICE           Internal Revenue Service
IRS - SBSE Insolvency Area 10       CENTRALIZED INSOLVENCY OPERATIONS     P.O. Box 7346
1100 Commerce St., MC 5026 DAL      PO BOX 7346                           Philadelphia, PA 19101-7346
Dallas, TX 75242-1100               PHILADELPHIA PA 19101-7346


Lee Law Firm, PLLC - Hurst          Legend Advance Funding II LLC         Linebarger Goggan Blair et al
8701 Bedford Euless Rd 510          10 W 37th St Rm 602                   2323 Bryan 1600
Hurst, TX 76053-3874                800 Brickell Ave 902                  Dallas, TX 75201-2637
                                    Miami, FL 33131-2966


Linebarger Goggan Blair et al       Marlin Leasing Corporation dba PEAC Solution   Mercedes Benz Financial
2777 N Stemmons Freeway 1100        300 Fellowship Road                   5450 N Cumberland Ave
Dallas, TX 75207-2513               Mt Laurel, NJ 08054-1201              Chicago, IL 60656-1416


Mercedes-Benz Financial Services USA LLC   (p)NATIONAL FUNDING            National Funding, Inc.
c/o Wilcox Law, PLLC                ATTN ATTN ROBERT ZAHRADKA             Robert Zahradka, Esq.
P.O. Box 201849                     9530 TOWNE CENTRE DR SUITE 120        4380 La Jolla Village Drive
Arlington, TX 76006-1849            SAN DIEGO CA 92121-1981               San Diego, CA 92122-1200


(p)ONE ADVANTAGE LLC                Patient Fi                            Peac Solutions
1232 W STATE RD 2                   6009 S Sharan Ave                     P.O. Box 13604
LAPORTE IN 46350-5570               Sioux Falls, SD 57108-5752            Philadelphia, PA 19101-3604


Pioneer 303 Investments             Privia Medical Gorup North Texas      Radiology Associates of North Texas
2026 W Pioneer Pkwy C1              PO Box 961205                         PO Box 1723
Arlington, TX 76013-6042            Fort Worth, TX 76161-0205             Indianapolis, IN 46206-1723


SYNCB/PPC                           SYNCB/Room To Go                      Sallie Mae
PO Box 530975                       PO Box 965060                         P.O. Box 3229
Orlando, FL 32896-0001              Orlando, FL 32896-5060                Wilmington, DE 19804-0229


Sisemore Law Firm, PC               Society Las Olas                      (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
603 E Belknap Street                301 Southwest 1st Ave                 REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
Fort Worth, TX 76102-2302           Fort Lauderdale, FL 33301-4342        PO BOX 13528
                                                                          AUSTIN TX 78711-3528


State Comptroller                   Sun Valley Industrial Park, LP        TBOM-Genesis Retail
Revenue Accounting Div Bankruptcy   4900 Sun Valley Drive                 PO BOx 4499
PO Box 13528                        Fort Worth, TX 76119-6459             Beaverton, OR 97076-4499
Ecleto, TX 78111
```

```
Tarrant Neurology                  Texas Alcohol Beverage Commission    Texas Employment Commission
713 Grainger St                    Licenses and Permits Division        TEC Building - Bankruptcy
Fort Worth, TX 76104-3281          PO Box 13127                         101 E. 15th Street
                                   Austin, TX 78711-3127                Austin, TX 78778-0001


Texas Health Resources             Texas Workforce Commission           The Braden Apartments
By American InfoSource as Agent    Regulatory Integrity Division        500 Energy Way
P.O. Box 4457                      101 E 15th Street 556                Fort Worth, TX 76102-2656
Houston, TX 77210-4457             Austin, TX 78778-1442


Truist Bank                        US Department of the Treasury        US Dept of Treasury SBA
Po Box 1847                        PO Box 830794                        P.O. Box 97901
Newport News, VA 23601-0847        Birmingham, AL 35283-0794            Saint Louis, MO 63197-0001


United States Attorney - North     United States Attorney General       United States Trustee
1100 Commerce St., Third Floor     Main Justice Building                1100 Commerce Street
Dallas, TX 75242-1001              10th and Constitution Ave 5111       Room 976
                                   Washington, DC 20530-0001            Dallas, TX 75242-0996


United States Trustee              Wide Merchant Capital                Christian Torres
1100 Commerce St., Room 9C60       300 Delaware Ave 210                 C/O Michael S. Mitchell
Dallas, TX 75242-9998              Wilmington, DE 19801-6601            DeMarco-Mitchell, PLLC
                                                                        1255 West 15th Street
                                                                        Suite 805
                                                                        Plano, TX 75075-7225


Eric Allen Maskell                 James M. Morrison                    John Dee Spicer
Lee Law Firm, PLLC                 Lee Law Firm, PLLC                   Suite 560, Founders Square
8701 Bedford Euless Rd             8701 W. Bedford Euless Rd.           900 Jackson Street
Ste 510                            Suite 510                            Dallas, TX 75202-4404
Hurst, TX 76053-3874               Hurst, TX 76053-3874


Pam Bassel
Office of The Standing Ch.13 Trustee
860 Airport Freeway
Suite 150
Hurst, TX 76054-3256
```

                    **The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

```
Internal Revenue Service           National Funding                     One Advantage
Insolvency                         9530 Towne Centre Dr                 1232 W State Road 2
PO Box 21126                       San Diego, CA 92121                  La Porte, IN 46350-5469
Philadelphia, PA 19114


State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC

(u)Mercedes-Benz Financial Services USA LLC

(d)Discover Bank/Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

(d)Adrian Modesto Torres
401 Hemphill Apt 502
Fort Worth, TX 76104-2279

End of Label Matrix
Mailable recipients    78
Bypassed recipients     4
Total                  82