**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 23-41966-MXM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | TORRES, ADRIAN MODESTO | Date Filed (f) or Converted (c): | 07/31/2023 (c) |
| For the Period Ending: | 12/31/2024 | §341(a) Meeting Date: | 09/12/2023 |
| | | Claims Bar Date: | 01/01/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | VEHICLES | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 2022 Mercedes-Benz GLES3<br>Mileage: 15080<br>Other Information: Debtor, together with Metroplex Recovery, LLC, holds bare legal title only. Debtor's mother holds equitable title by making all the payments and having possession. Only the value of Debtor's interest is shown.<br>Estimated full FMV is $75,000.00.<br>VIN: 4JGFD6BB2NA742977<br>EXEMPT | | | | | |
| 2 | VEHICLES | $95,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 2023 BMW 4 Competition Coupe<br>Mileage: 6000<br>Other Information:<br>VIN: WBS33AZ00PCM11056<br>EXEMPT | | | | | |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Bedroom Furniture $1,000.00<br>Living Room Furniture $500.00<br>EXEMPT | | | | | |
| 4 | ELECTRONICS | $1,400.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Audio Equip $100.00<br>Cell Phone $500.00<br>Computer $500.00<br>Television $300.00<br>EXEMPT | | | | | |
| 5 | EQUIPMENT FOR SPORTS AND HOBBIES | $300.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exercise Equipment<br>EXEMPT | | | | | |
| 6 | FIREARMS | $600.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 9MM $300.00<br>Beretta 9 mm $300.00<br>EXEMPT | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 23-41966-MXM | Trustee Name: | John Dee Spicer |
| --- | --- | --- | --- |
| Case Name: | TORRES, ADRIAN MODESTO | Date Filed (f) or Converted (c): | 07/31/2023 (c) |
| For the Period Ending: | 12/31/2024 | §341(a) Meeting Date: | 09/12/2023 |
| | | Claims Bar Date: | 01/01/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7 | CLOTHING | $900.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Clothing; Shoes; Designer Wear<br>EXEMPT | | | | | |
| 8 | JEWELRY | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Rolex Watch<br>Reported as stolen by Debtor.<br>EXEMPT | | | | | |
| 9 | NON-FARM ANIMALS | $600.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | French Bulldog<br>EXEMPT | | | | | |
| 10 | CASH | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | EXEMPT | | | | | |
| 11 | DEPOSITS OF MONEY | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Checking account: Chase Acct #6105 (Negative Balance)<br>EXEMPT | | | | | |
| 12 | NON-PUBLICLY TRADED BUSINESS ENTITIES | $1,546.78 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Metroplex Mobile Diagnostics, LLC (Assets $1,546.78, no debt)<br>100.00%<br>EXEMPT TO $0.00 | | | | | |
| 13 | NON-PUBLICLY TRADED BUSINESS ENTITIES | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Metroplex Recovery, LLC (Assets $845,935.00, Debts $3,106,635)<br>100.00%<br>EXEMPT TO $1,546.78 | | | | | |
| 14 | TAX REFUNDS (u) | $0.00 | $22,969.00 | | $0.00 | $22,969.00 |
| **Asset Notes:** | 2022 Tax Refund<br>NOT EXEMPT | | | | | |
| 15 | TAX REFUNDS (u) | $0.00 | $3,668.79 | | $7,161.00 | FA |
| **Asset Notes:** | 2023 Tax Refund<br>NOT EXEMPT | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 23-41966-MXM | | Trustee Name: | John Dee Spicer |
|---|---|---|---|---|
| Case Name: | TORRES, ADRIAN MODESTO | | Date Filed (f) or Converted (c): | 07/31/2023 (c) |
| For the Period Ending: | 12/31/2024 | | §341(a) Meeting Date: | 09/12/2023 |
| | | | Claims Bar Date: | 01/01/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $102,346.78 | $27,137.79 | | $7,161.00 | $22,969.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 12/31/2024 | EOY Annual Report: The 2023 tax refund has been received by the estate [ASSET #15]. The 2022 tax refund remains outstanding [ASSET #14]. |
| 07/12/2024 | The Trustee has requested turnover of a tax refund (Asset #14). |
| 12/31/2023 | EOY Annual Report: The Trustee is seeking to intercept a potential tax refund owed the Debtor. Approximately $660,000.00 in unsecured claims have been filed in the case. |

Initial Projected Date Of Final Report (TFR): 03/31/2026     Current Projected Date Of Final Report (TFR):

/s/ JOHN DEE SPICER

JOHN DEE SPICER